# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2019

Bridget M. McCormack,
Chief Justice

158929

David F. Viviano,
Chief Justice Pro Tem

JAMIE PIKE,
      Plaintiff-Appellee,

v

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
      Defendant-Appellant.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158929
COA: 336455
Wayne CC: 16-000062-NF

_____/

     On order of the Court, the application for leave to appeal the November 27, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2019

Clerk

a0529